UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 18-46528

TAMIKA L. BLACKWELL,                            Chapter 7

      Debtor.                             Judge Thomas J. Tucker
_____/

**ORDER VACATING ORDER DISCHARGING THE DEBTOR (DOCKET # 21)**

On October 10, 2018, the Court entered an order entitled "Order of Discharge" (Docket #21). That discharge order was entered in error, because at the time it was entered, Fed. R. Bankr. P. 4004(c)(1)(J)[1] precluded entry of the discharge. That is because there was a motion then pending to extend the deadline for filing a reaffirmation agreement. (*See* "Motion to Enlarge the Time Periods Set Forth in 11 [U.S.C. §] 523 and [Fed. R. Bankr. P.] 4008 as to Michigan First Credit Union," filed on October 5, 2018 (Docket # 19)). Accordingly,

IT IS ORDERED that the order entitled "Order of Discharge" (Docket # 21) is vacated.

---

[1] Fed. R. Bankr. P. 4004(c)(1)(J) states:

> (c) Grant of discharge
>
> (1) In a chapter 7 case, on expiration of the times fixed for objecting to discharge and for filing a motion to dismiss the case under Rule 1017(e), the court shall forthwith grant the discharge, except that the court shall not grant the discharge if:
>
> . . .
>
> (J) a motion to enlarge the time to file a reaffirmation agreement under Rule 4008(a) is pending[.]

**Signed on October 29, 2018**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**